UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SEWELL, | No. 2:18-cv-2988 DB P |
| Plaintiff, | |
| v. | ORDER |
| A. CORNWELL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding, without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. On June 6, 2019, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 21) is granted and the stay of this action is lifted;

2. The settlement conference scheduled for June 18, 2019 is vacated;

3. The writ of habeas corpus ad testificandum issued April 29, 2019 (ECF No. 20) is vacated;

4. The Clerk of the Court shall serve a copy of this order on the Warden of California State Prison, Sacramento; and

1

5.  By separate order, the court will set a schedule for this case.

Dated:  June 7, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/sewe2988/optout.post.answer